## (February 26, 1945.)

FILOMENA CAULFIELD, as Administratrix of the Estate of THOMAS J. CAULFIELD, Deceased, Appellant, v. ELMHURST CONTRACTING COMPANY, Respondent.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Are the additional defenses set forth in the proposed amended answer sufficient as a matter of law? Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 661.]

GRACE E. CONNOLLY, Respondent, v. TIMOTHY CURRY et al., Defendants, and INTERCOUNTY OPERATING CORPORATION, Appellant. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1067; ante, p. 667.]

COUNTY OF NASSAU, Respondent, v. DAY HARDIE et al., Defendants, and INTERCOUNTY OPERATING CORPORATION et al., Appellants. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals denied. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ. [See 268 App. Div. 1068; ante, p. 667.]

ARTHUR HEINSIUS, Respondent, v. GEORGE L. SMITH, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Close, P. J., Carswell, Johnston, Adel and Lewis, JJ.